EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Extensión de términos por motivo de concesión del día 28 de marzo de 2013 (Jueves Santo) | 2013 TSPR 33 <br><br> 188 DPR ____ |

Número del Caso: EM-2013-01

Fecha: 18 de marzo de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de términos por
motivo de concesión del
día 28 de marzo de 2013
(Jueves Santo)

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de marzo de 2013.

El Juez Presidente, Hon. Federico Hernández Denton, concedió libre el día 28 de marzo de 2013 (Jueves Santo), con cargo a la licencia de vacaciones.

A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, L.P.R.A. secs. 72 y 73, y se considerará el 28 de marzo de 2013 (Jueves Santo) como si fuera día feriado. Cualquier término a vencer ese día se extenderá hasta el próximo día laborable, 1 de abril de 2013.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo